JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LIONEL ANTHONY M.[1], <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY[2], Commissioner of Social Security, <br><br> Defendant. | Case No. CV 23-07694-AS <br><br> **JUDGMENT** |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: June 11, 2024

```
                                    _____/s/_____
                                         ALKA SAGAR
                                UNITED STATES MAGISTRATE JUDGE
```

---

[1] Plaintiff's name is partly redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Commissioner Martin O'Malley is hereby substituted as the Defendant in this action.